# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHANNON DEAN BARLOW,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **5:12-cv-0703-AKK-RRA** |
| ) | |
| **WARDEN BILLY MITCHEM, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus petition. The magistrate judge entered a report and recommendation, recommending that the petition be transferred to the United States District Court for the Southern District of Alabama. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation and the petitioner's response to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. *See* 28 U.S.C. § 2241(d).

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be TRANSFERRED to the United States District Court for the Southern District of Alabama. An appropriate order will be entered.

Done this 30th day of March, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE